806 A.2d 415

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Gregory V. NASTU, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 10, 2002.

Gregory V. Nastu, pro se.

Jerome T. Foerster, Harrisburg, for respondent.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of September 2002, the Petition for Allowance of Appeal is granted and this matter is remanded to the Mercer County, Court of Common Pleas to appoint counsel for the filing of an appeal from judgment of sentence *nunc pro tunc.*

Mr. Justice SAYLOR dissents.